```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 21029
    JERRY MITCHELL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6254


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was confirmed 01/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/05/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG         .00              .00           .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE       4393.00            .00           .00
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00              .00           .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE         .00              .00           .00
CITY OF CHICAGO WATER DE SECURED              802.00            .00        167.10
NISSAN MOTOR ACCEPTANCE  SECURED NOT I         .00              .00           .00
INTERNAL REVENUE SERVICE PRIORITY          NOT FILED            .00           .00
FIRST ACCEPTANCE SERVICE NOTICE ONLY       NOT FILED            .00           .00
ALLIANCE ONE             NOTICE ONLY       NOT FILED            .00           .00
ANITA KELLY              UNSECURED         NOT FILED            .00           .00
FIRST ACCEPTANCE SERVICE UNSECURED           1817.50            .00           .00
CAPITAL ONE              UNSECURED         NOT FILED            .00           .00
CAPITAL ONE              UNSECURED         NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED         NOT FILED            .00           .00
CITY OF CHICAGO DEPT OF  UNSECURED           1832.35            .00           .00
CITY OF CHICAGO EMS      UNSECURED         NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED            725.23            .00           .00
WOW INTERNET & CABLE SER UNSECURED         NOT FILED            .00           .00
PREMIER BANKCARD         UNSECURED            123.32            .00           .00
HSBC                     UNSECURED         NOT FILED            .00           .00
JACKSON PARK HOSPITAL    UNSECURED         NOT FILED            .00           .00
KROHN & MOSS             NOTICE ONLY       NOT FILED            .00           .00
MERRICK BANK CORP        UNSECURED         NOT FILED            .00           .00
NELNET                   UNSECURED          13351.64            .00           .00
NELNET LOAN SERVICES     UNSECURED         NOT FILED            .00           .00
NISSAN MOTOR ACCEPTANCE  UNSECURED          13208.58            .00           .00
ECAST SETTLEMENT CORP    UNSECURED            357.75            .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED            935.03            .00           .00
ROUNDUP FUNDING LLC      UNSECURED            663.72            .00           .00
RAB INC                  NOTICE ONLY       NOT FILED            .00           .00
RADIOLOGY IMAGING CONSUL UNSECURED         NOT FILED            .00           .00
SPRINT PCS               UNSECURED         NOT FILED            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21029 JERRY MITCHELL
```

```
WELLS FARGO                  UNSECURED      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE     UNSECURED       3165.75               .00            .00
ECAST SETTLEMENT             UNSECURED       1191.50               .00            .00
B-REAL LLC                   UNSECURED        204.00               .00            .00
B-REAL LLC                   UNSECURED        204.00               .00            .00
LEGAL HELPERS PC             DEBTOR ATTY    2,200.00                         1,950.61
TOM VAUGHN                   TRUSTEE                                           182.29
DEBTOR REFUND                REFUND                                               .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,300.00

PRIORITY                                              .00
SECURED                                            167.10
UNSECURED                                             .00
ADMINISTRATIVE                                   1,950.61
TRUSTEE COMPENSATION                               182.29
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                    2,300.00                2,300.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE